1 BARRY J. PORTMAN
Federal Public Defender
2 JEROME E. MATTHEWS
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500

5

Counsel for Defendant FRANCES H. KINNEY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. CR-06 00210 WDB
                                                 )
12                Plaintiff,    )    STIPULATION AND ORDER
                                                 )    CONTINUING HEARING DATE
13 vs.                                             )
                                                 )
14 FRANCES H. KINNEY,               )
                                               )
15               Defendant.    )
           _____)
16

17       This matter presently is set for a status conference or change of plea on May 18, 2006.

18 The parties are discussing potential alternative resolutions to a plea and, in order to make

19 informed decisions as to the outcome of this case, continue to review discovery in aid of these

20 discussions.

21       It is therefore STIPULATED and AGREED that the status conference presently

22 scheduled for May 18, 2006 be continued to May 31, 2006. It is appropriate to continue

23 excluding time under the Speedy Trial Act because of the need for continuing investigation of the

24 case and defense preparation, because defense counsel will be out of town from May 25, 2006

25 through May 29, 2006, because government counsel will be in trial beginning May 22, 2006, and

26 because failure to grant the continuance would deny the defendant effective preparation of her

STIP/ORD                                        1

defense and continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: May 17, 2006

/S/
_____
ALICIA FENRICK
Assistant United States Attorney

Date: May 17, 2006

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter is continued to May 31, 2006, and that time under the Speedy Trial Act shall continued to be excluded on the grounds set forth in the foregoing stipulation.

Dated: May  17 , 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                              2