KEVIN V. RYAN (CSBN 118321)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Division

ALICIA FENRICK (CSBN 193860)
Assistant United States Attorney

1301 Clay St., Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724

Attorneys for Plaintiff

FILED

JUL 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES H. KINNEY,<br><br>    Defendant. | No. CR-06-00210 WDB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME AND<br>DEFER PROSECUTION |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from July 14, 2006 to January 14, 2008 for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter.

The United States has referred Ms. Kinney to Pretrial Services for an intake evaluation. If Ms. Kinney meets the qualifications set forth by Pretrial Services, she will be placed on pretrial diversion for no more than eighteen months. Accordingly, the parties agree that the prosecution

STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00210 WDB

*cc: WDB's ~~[illegible]~~, Copy to parties via ECF, Pretrial*

will be deferred for an eighteen month period of time for Ms. Kinney to demonstrate good conduct under the conditions of a pretrial diversion program.

SO STIPULATED.

                                              KEVIN V. RYAN
                                              United States Attorney

DATED: __7-14-06__                                   /s/
                                              ALICIA FENRICK
                                              Assistant United States Attorney

DATED: __7-14-06__                                   /s/
                                              JEROME MATTHEWS
                                              Attorney for Ms. Kinney

     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from July 14, 2006 to January 14, 2008 for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 7/17/06                                    /s/ Wayne D. Brazil
                                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00210 WDB