1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3693
7     Facsimile: (510) 637-3724
      E-Mail:    wade.rhyne@usdoj.gov
8
9  Attorneys for the United States of America

FILED

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                      OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR 06-00210 WDB
                                     )
15         Plaintiff,                )
                                     )   UNITED STATES' MOTION TO DISMISS
16     v.                            )   DEFENDANT FRANCES KINNEY FROM
                                     )   INFORMATION AND [PROPOSED]
17  FRANCES KINNEY,                  )   ORDER
                                     )
18         Defendant.                )
                                     )
19  _____  )

20
21     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
22  United States Attorney for the Northern District of California moves to dismiss Defendant
23  Frances Kinney from the above-captioned information. Pre-Trial Services has notified the
24  ///
25  ///
26  ///
27  ///
28  ///

cc: Stats, Copy to parties via ECF, Pret. Svcs.,
    US Marshal

MOTION TO DISMISS
CR-06-00210 WDB

1 | United States that Defendant had successfully completed his/her pre-trial diversion on July 16, 2008.

DATED: December 21, 2009

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

WADE M. RHYNE
Assistant United States Attorney

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Defendant Frances Kinney from the information in case number CR-06-00210 WDB.

DATED: 12/22/09

HON. TIMOTHY J. BOMMER
United States Magistrate Judge